```
Thu Feb  2 13:21:17 2006

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 429504
Cashier          sjl

Check Number:  35201

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:510000  C     2         190.00
2:086900  N     2          60.00

Total Amount       $      250.00

STATMAN HARRIS SIEGEL & EYRICH LLC


FILING FEE 1:06CV058




Thu Feb  2 13:21:17 2006

Check No.  35201
Amount $   250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```