AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Ohio    District of    Western Division

| | |
|---|---|
| Jill Giles, on behalf of herself and a class of per<br>V.<br>James Frey, et al | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **1:06 CV 058** |

TO: (Name and address of Defendant)

James Frey

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Hegge
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

an answer to the complaint which is served on you with this summons, within ~~X~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk                     2-2-06

CLERK                                   DATE

*/s/ Shauntel Jackson*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Ohio    District of    Western Division

| Jill Giles, on behalf of herself and a class of per | SUMMONS IN A CIVIL CASE |
|---|---|
| V. | |
| James Frey, et al | CASE NUMBER: 1:06CV058 |

WEBER, J.

TO: (Name and address of Defendant)

Random House, VG Inc.
  Agent for service of Process:
  Katherin J. Trager
  1745 Broadway
  New York, New York 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Hegge
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**James Bonini, Clerk**                    2-2-06

CLERK                                      DATE

_[signature] Jackson_
(By) DEPUTY CLERK