```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION

JILL GILES, et al,
               Plaintiff
v                                       Civil: 1:06cv58

JAMES FREY,
               Defendant
```

ORDER

The above-captioned case is transferred to the United States District Court Clerk for reassignment.

IT IS SO ORDERED.

```
                         s/Herman J. Weber
                    Herman J. Weber, Senior Judge
                    United States District Court
```