UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jill Giles

        Plaintiff(s),

-vs-                                                                     1:06-cv-058

James Frey, et al.

        Defendant(s).

## NOTICE

The above-captioned case is **REASSIGNED** from the docket of the Honorable Herman J. Weber to the docket of the **Honorable Susan J. Dlott.**

        s/Tempann Thomas
        Case Administrator