FILED
JAMES BONINI
CLERK

06 FEB 15 AM 10: 49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JILL GILES, on Behalf of Herself and a Class of Persons Similarly Situated** | : <br> : <br> : |
| Plaintiff, | :    CASE NO. 1:06-CV-058 <br> : |
| vs. | : <br> :    JUDGE DLOTT |
| **JAMES FREY, et al.** | : <br> : |
| Defendant. | : |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.4(c), Colleen M. Hegge, trial attorney for Jill Giles, on behalf of herself and a class of persons similarly situated in the above-captioned action, hereby moves the court to admit Scott Carter Frost pro hac vice to appear and participate as counsel or co-counsel in this case for Jill Giles, on behalf of herself and a class of persons similarly situated.

Movant represents that Scott Carter Frost is a member in good standing of the highest court of Illinois as attested by the accompanying certificate from that court and that Scott Carter Frost is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $50.00 fee.

Scott Carter Frost understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Scott Carter Frost's relevant identifying information is as follows:

Business telephone:   (312) 263-1070

Business fax: (312) 263-1201

Giles v. Frey et al       Doc. 5

Business address:     Statman, Harris, Siegel & Eyrich, LLC

333 West Wacker Drive, Suite 1710; Chicago, Illinois 60606.

Business e-mail address: sfrost@shsechicago.com

Respectfully submitted,

STATMAN, HARRIS, SIEGEL & EYRICH, LLC

Colleen M. Hegge (0038506) (of counsel)
*Trial Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* was served via ordinary U.S. Mail, postage prepaid, this 15th day of February, 2006, on the following:

Random House, V. G. Inc.
c/o Katherine J. Trager
Agent for Service
1745 Broadway
New York, New York 10019

_____
Colleen M. Hegge (0038506) (of counsel)