```
Wed Feb 15 10:39:00 2006

UNITED STATES DISTRICT COURT
       CINCINNATI, OH

Receipt No.   100 429641
Cashier       ttt

Tender Type   CHECK

Check Number: 35479

Transaction Type   C

Case No./Def No. 1:06-LB-ATTY /  1

DO Code    Div No     Acct
4661         1        6855XX

Amount              $   50.00

STATMAN HARRIS

1:06-CV-058 PRO HAC VICE FEE


Wed Feb 15 10:39:00 2006

Check No. 35479
Amount $   50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```

Giles v. Frey et al                                     Doc. 5 Att. 2