IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jill Giles,

      vs.                      Case Number: 1:06cv58

James Frey, et al.,

ORDER

This matter is before the Court upon plaintiff's Motion for Admission of attorney Scott Carter Frost (Doc. 5).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Scott Carter Frost is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                              s/Susan J. Dlott
                                              Susan J. Dlott
                                              United States District Judge

Dockets.Justia.com