AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Ohio   District of   Western Division

Jill Giles, on behalf of herself and a class of per

V.

James Frey, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:06CV058**

TO: (Name and address of Defendant)

Random House, VG Inc.
  Agent for service of Process:
  Katherin J. Trager
  1745 Broadway
  New York, New York 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Colleen M. Hegge
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 ~~say~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James Bonini, Clerk

CLERK

(By) DEPUTY CLERK

2-2-06

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 7, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey P. Harris | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail Receipt #7003 1680 0001 1294 1249
(copy attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   February 17, 2006
                     Date                          Signature of Server

255 East Fifth Street, Ste. 2900
Cincinnati, Ohio 45202
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .83 | |
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.08 | |

Postmark: CINCINNATI QUEEN CITY STA FEB 03 2006 USPS-45201

Colleen

Sent To: Random House c/o Katherine Trager
Street, Apt. No.; or PO Box No. 1745 Broadway
City, State, ZIP+4 NY, NY 10019

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Random House, VG Inc.
c/o Katherine J. Trager
1745 Broadway
New York, NY 10019

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): C. PRICE   C. Date of Delivery: 2/7/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811                                              102595-01-M-2509

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Statman, Harris, Siegel & Eyrich, LLC
2900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202

C. HEGGE