**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JILL GILES,** | : | Case No. 1:06-cv-00058 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| **JAMES FREY** *et alia*, | : | **DEFENDANT RANDOM HOUSE, INC.'S** |
| | : | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | : | |
| | : | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Random House, Inc.** (misidentified in the complaint as Random House, V.G. Inc.)

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

      **X**      Yes                          No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

**Random House, Inc. is wholly owned by Bertlesmann Publishing Group, Inc., which is in turn owned by Bertlesmann, Inc., which is in turn owned by Bertlesmann A.G. Each of these companies is privately held.  However, Groupe Bruxelles Lambert**

**S.A., a company traded on the Brussels Stock Exchange, owns in excess of 10% of Bertlesmann A.G.**

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?  _____Yes  _____**X**_____No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

February 23, 2006                              /s/ *Matthew C. Blickensderfer* _____
                                              Richard M. Goehler (0009160)
                                              Jill M. Vollman (0066326)
                                              Matthew C. Blickensderfer (0073019)
                                              Trial Attorneys for Defendant
                                               Random House, Inc.
                                              FROST BROWN TODD LLC
                                              2200 PNC Center
                                              201 E. Fifth Street
                                              Cincinnati, Ohio 45202
                                              Phone: (513) 651-6162
                                              Fax:    (513) 651-6981
                                              E-mail:rgoehler@fbtlaw.com
                                                      jvollman@fbtlaw.com
                                                      mblickensderfer@fbtlaw.com

OF COUNSEL:

Mark B. Blocker
Michael C. Andolina
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Phone: (312) 853-7000
Fax: (312) 853-7036
E-mail:mblocker@sidley.com
        mandolina@sidley.com

2

## CERTIFICATION OF SERVICE

I certify that on February 23, 2006, I electronically filed Defendant Random House, Inc.'s Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

> Alan J Statman
> Colleen Marie Hegge
> Statman Harris Siegel & Eyrich LLC
> 2900 Chemed Center
> 255 E Fifth Street
> Cincinnati, OH 45202; and
>
> Scott Carter Frost
> Statman Harris Siegel & Eyrich LLC
> 333 West Wacker Drive
> Suite 1710
> Chicago, IL 60606.

> /s/ *Matthew C. Blickensderfer*
> Matthew C. Blickensderfer

CINLibrary 0109699.0539745  1610355v.1