BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE "A MILLION LITTLE PIECES" LITIGATION | MDL Docket No. |
|---|---|

## SCHEDULE OF ACTIONS INVOLVED

Pursuant to Rule 7.2(a)(ii) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movants Random House, Inc. and Doubleday & Company, Inc., provide the following information on the actions that will be affected by this motion:

|   | Complete Name | Civil Action No. | District and Division | Judge Assigned |
|---|---|---|---|---|
| 1. | Michele Snow, Individually and on Behalf of All Others Similarly Situated, v. Doubleday, A Division of Random House, Inc.; Bantam Doubleday Dell Publishing Group; Random House, Inc.; Anchor Books, A Division of Random House, Inc.; James Frey | 06-CV-0669 | Southern District of New York, Foley Square Division | Judge Richard J. Holwell |

| | | | | |
|---|---|---|---|---|
| 2. | Jimmy Floyd, individually and on behalf of other persons similarly situated, v. Anchor Books, Kassie Evashevski, James Frey, Knopf Publishing Group, Inc., Sean McDonald, Nan A. Talese/Doubleday, Nan A. Talese, Doubleday, and Random House Inc. | 06-CV-0693 | Southern District of New York, Foley Square Division | Judge Gerard E. Lynch |
| 3. | Jennifer Cohn, Individually and On Behalf Of All Others Similarly Situated, v. James Frey and Random House, Inc. | 06-CV-1360 | Southern District of New York, Foley Square Division | Judge Richard J. Holwell |
| 4. | Diane Marolda, Individually and On Behalf Of All Others Similarly Situated, v. James Frey and Random House, Inc. | 06-CV-1167 | Southern District of New York, Foley Square Division | Judge Richard J. Holwell |
| 5. | Pilar More v. James Frey, Doubleday & Company, Inc., Random House, Inc., Knopf Publishing Group, Inc., and Vintage Anchor Publishing, Inc. | 06-CV-0934 | Northern District of Illinois, Eastern Division | Judge David H. Coar |
| 6. | Ann Marie Strack, individually, and on behalf of all others similarly situated, v. James Frey, Doubleday & Company, Inc., Random House, Inc., Knopf Publishing Group, Inc., Vintage Anchor Publishing, Inc., Barnes and Noble, Inc., Barnes and Noble Booksellers, Inc., Barnes and Noble Publishing, Inc. | 06-CV-0933 | Northern District of Illinois, Eastern Division | Judge John F. Grady |

| 7. | Marcia Vedral, individually and on behalf of all others similarly situated, v. James Frey, Doubleday & Company, Inc., Alfred A. Knopf, Inc. d/b/a Anchor Books and Random House, Inc. | 06-CV-0935 | Northern District of Illinois, Eastern Division | Judge Milton I. Shadur |
| --- | --- | --- | --- | --- |
| 8. | Garrett Hauenstein and Jean Taylor, as individuals and on behalf of a class of those similarly situated, v. James Frey, Big Jim Industries, Inc., Random House, Inc., Doubleday & Company, Inc. and Does 1 through 50 | 06-CV-1030 | Central District of California, Western Division | Judge Margaret M. Morrow |
| 9. | Sara Rubenstein, Individually and on Behalf of All Others Similarly Situated, v. James Frey, Random House, Inc. and Does 1-300 | 06-CV-1029 | Central District of California, Western Division | Judge Robert S.W. Lew |
| 10. | Shera Paglinawan and Wendy Shaw individually and on behalf of all others similarly situated, v. James Frey and Jane Doe Frey, individually and the marital community comprised thereof; Nan A. Talese/Doubleday, a division of Random House, Inc. a New York corporation; and Anchor Books, a division of Random House, Inc. a New York corporation | 06-CV-00099 | Western District of Washington, Seattle Division | Judge Ricardo S. Martinez |

| 11. | Jill Giles on Behalf of Herself and a Class of Persons Similarly Situated, 2019 Edgecliff Point, Cincinnati, OH 45306, v. James Frey, Address Unknown, New York, New York and Random House, V.G. Inc., 1745 Broadway, New York, NY 10019 | 06-CV-058 | Southern District of Ohio, Western Division | Judge Herman J. Weber |
| --- | --- | --- | --- | --- |
| 12. | Gregory R. Rivard, Individually, and on Behalf of All Other Similarly Situated Consumers, v. Random House, Inc. | 06-CV-10759 | Eastern District of Michigan, Southern Division | Judge John Feikens |

CH1 3446884v.1