IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted*
*Susan J. Dlott*
*3/1/06*

| | | |
|---|---|---|
| **JILL GILES,** | : | Case No. 1:06-cv-00058 |
| Plaintiff, | : | Judge Susan J. Dlott |
| v. | : | **AGREED MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |
| **JAMES FREY** *et alia*, | : | |
| Defendants. | : | |

With the agreement of counsel for plaintiff Jill Giles, Defendant Random House, Inc. moves the Court to stay all proceedings in this action pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") on Random House's motion to transfer and consolidate this and eleven other pending federal class actions for coordinated pretrial proceedings.[1] This case is one of twelve actions pending in federal courts across the country that arises out of the publishing and marketing of the book "A Million Little Pieces," written by defendant James Frey. A supporting memorandum is attached, and an agreed order will be submitted to the Court for its review.

---

[1] The MDL Motion and memorandum in support thereof are attached as Exhibit A. The Schedule of Actions Involved filed with the JPML is attached as Exhibit B. The Schedule reflects this action's original assignment to Judge Weber; the JPML is now aware of the action's reassignment to this Court.