OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 E. FIFTH STREET, Room 103
CINCINNATI, OHIO 45202
(513) 564-7500

Clerk, U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Instructions for retrieving electronic case filings:*

S.D. Ohio Case Number: 1:06-cv-58.        Your Case Number: MDL 1771 In Re: Million
Case Caption: Jill Giles v. James Frey, et al.        06 CV 4647


    **CLICK ON:**
        **-J-NET**
        **-External Court Sites**
        **-Ohio Southern District**
        **-Electronic Case Filing**
        **-(IN RED) BEGIN: Electronic Case Filing**
        **-Electronic Case Filing Log-In**
**The Next Screen shows -** Welcome to the District CM/ECF LIVE Area
        - Click on the District Version 1 Live System hyperlink

At login type*:    **Your Court's Pacer Login**
   Password:    **Your Court's Pacer password**
Skip "Client Code" , and click on the NEXT button

Once you are into CM/ECF at the top Click on REPORTS to print the docket sheet:

        **-Reports**
        **-Docket Sheet**
        **-Type in (our) Case Number**
        -**Run Report**

To print each item on the docket sheet click on the underlined document number and print.

If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. It will be just what is printed on the docket sheet.

**NOTE:** Once you have retrieved our case information for the transfer case, please e-mail this notice back to our court at Emily_Hiltz@ohsd.uscourts.gov.

Dockets.Justia.com